UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Deborah M. Golden**, <br><br>  700 Pennsylvania Ave. SE, 2nd Floor <br>  Washington, DC 20003 <br>      *Plaintiff*, <br><br> v. <br><br> **Federal Bureau of Prisons**, <br><br>  320 First St. NW <br>  Washington, DC  20534, <br>      *Defendant*. | Civil Action No. |

## COMPLAINT

1. This is an action under the Freedom of Information Act, 5 U.S.C. §552, et seq., seeking production of records responsive to FOIA requests submitted by the Plaintiffs to the Federal Bureau of Prisons (BOP) for records pertaining to women who were sexually assaulted by BOP staff.

### Jurisdiction and Venue

2. This Court has both subject matter jurisdiction over this action and personal jurisdiction over the defendants under 5 U.S.C. § 552(a)(4)(B) and 28 U.S.C. §§ 1331, 2201(a), and 2202.

3. Venue is appropriate in this Court under 5 U.S.C. §(a)(4)(B) and 28 U.S.C. §1391.

### Parties

1

4. Plaintiff Deborah M. Golden is an attorney based in Washington, DC. She is the founder and owner of The Law Office of Deborah M. Golden. Her practice regularly represents people in the custody of the Federal Bureau of Prisons in civil rights and related litigation.

5. Defendant BOP has possession, custody, and control of records sought by the Plaintiff.

## Background Information

6. The BOP has failed to protect women from sexual abuse by staff.

7. Within the last 24 months, the abuse at Dublin Federal Correctional Institution alone captured headlines. *See, e.g.*, Michael Balsamo and Michael R. Sisak, *Women's prison fostered culture of abuse*, Associated Press (Feb. 6, 2022), https://apnews.com/article/coronavirus-pandemic-health-california-united-states-prisons-00a711766f5f3d2bd3fe6402af1e0ff8.

8. Five BOP employees have already been indicted for sexual abuse, and investigations continue into the conduct of at least 17 more. *See* Lisa Fernandez, *25 Dublin prison employees under investigation for sex, drug, lying abuses*, KTVU FOX 2 (May 5, 2022) https://www.ktvu.com/news/25-dublin-prison-employees-under-investigation-for-sex-drug-lying-abuses.

9. Tragically, FCI Dublin is not an isolated situation. A recent bipartisan Senate report revealed documented cases of staff sexual abuse over the past decade at 19 of 29 BOP women's prisons. See Permanent Subcommittee of Investigations, United States Senate, *Sexual Abuse of Female Inmates in Federal Prisons* (Dec. 13, 2022), https://www.hsgac.senate.gov/imo/media/doc/2022-12-13%20PSI%20Staff%20Report%20-%20Sexual%20Abuse%20of%20Female%20Inmates%20in%20Federal%20Prisons.pdf.

10. On information and belief, there are ongoing investigations into sexual abuse at more BOP women's prisons than documented in the Senate Report.

11. As a partial response to the sexual abuse, the Department of Justice began to consider requests for compassionate release. See Glenn Thrush, *Justice Dept. Considers Early Release for Female Inmates Sexually Abused Behind Bars*, NY Times (Dec. 13, 2022), https://www.nytimes.com/2022/12/13/us/politics/federal-prison-sexual-abuse.html.

12. At the same time, women began reaching out to private counsel, including the Plaintiff, for representation in motions for compassionate release, civil rights claims, and other possible litigation.

13. The Plaintiff has begun investigations in accordance with their ethical duties.

14. BOP releases records, including individual prisoner's medical and psychological records, through the FOIA process.

## The Requests at Issue

### A.  The first FOIA request

15. In the early summer of 2022, one of the women victimized at FCI Dublin contacted Ms. Golden.

16. As part of her investigation on behalf of this client, on July 12, 2022, Ms. Golden submitted a FOIA request for her client's "complete central, medical, psychological, and disciplinary files" as well as "any other records or memos the BOP has custody of regarding [her.]"

17. Ms. Golden also requested expedited processing.

18. On July 19, 2022, the BOP informed Ms. Golden that the request's assigned tracking number was 2022-04849 and that expedited processing was denied.

19. Since then, Ms. Golden has received no substantive response, or even an expected date of completion for this request.

**B.  The second FOIA request**

20. In the fall of 2022, Ms. Golden was contacted by another woman, sexually assaulted at a different BOP prison, about possible representation.

21. As part of her investigation, On August 5, 2022, Ms. Golden submitted a FOIA request for this woman's "complete central, medical, psychological, and any files of PREA issues of complaints" regarding this woman.

22. PREA is the Prison Rape Elimination Act, which requires, among many other standards, investigations of any claims of sexual assaults. It is an abbreviation well understood by the BOP.

23. On August 19, 2022, the BOP informed Ms. Golden that the request's assigned tracking number was 2022-05465.

24. In response to a request for an update, the BOP informed Ms. Golden on October 5, 2022, that there were still no estimated date of completion.

25. Since then, Ms. Golden has received no substantive response, or even an expected date of completion for this request.

### C. The third request

26. In the fall of 2022, Ms. Golden was contacted by yet another woman, sexually assaulted at yet a different BOP prison, about possible representation.

27. Again, as part of her investigation, on December 4, 2022, Ms. Golden submitted a FOIA request for this woman's "complete central, medical, psychological, and disciplinary files" as well as "any other records or memos the BOP has custody of regarding her."

28. On December 23, 2022, the BOP informed Ms. Golden that the request's assigned tracking number was 2023-01164.

29. Since then, Ms. Golden has received no substantive response, or even an expected date of completion for this request.

## Claims

30. By refusing to provide relevant records or by simply ignoring statutory deadlines, BOP has wrongly withheld documents responsive to these FOIA requests.

31. Ms. Golden has a statutory right to the records she seeks, and there is no basis for BOP to withhold them.

32. As a result, by failing to release the records specifically requested by the Ms. Golden, BOP has violated FOIA.

## Requested Relief

Ms. Golden therefore respectfully requests that this Court:

1. Declare that the records sought by the Plaintiffs are subject to FOIA,

2. Order BOP to disclose the requested records,

3. Award costs and attorneys' fees under 5 U.S.C. § 552 (a)(4)(E), and

4. Grant any other relief that the Court considers just and proper.

Respectfully submitted,

*/s/ Deborah M. Golden*
Deborah M. Golden, D.C. Bar #470578
The Law Office of Deborah M. Golden
700 Pennsylvania Ave. SE, 2nd Floor
Washington, D.C. 20003
Telephone: (202) 630-0332
dgolden@debgoldenlaw.com

Dated: February 24, 2023