UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**Deborah M. Golden**,

    *Plaintiff*,

v.

**Federal Bureau of Prisons**,

    *Defendant.*

Civil Action No. 23-521 (RBW)

## Joint Meet and Confer Statement

Pursuant to the Court's General Order for Civil Cases Before the Honorable Reggie B. Walton [ECF 6], the parties represent the following:

1. On March 29, undersigned AUSA Hammond entered his appearance on behalf of the Federal Bureau of Prisons, thus triggering the requirement to submit this report.

2. On March 30, 2023, by Minute Order, the Court granted the Defendant's Consent Motion for Extension of Time to Respond to the Complaint, extending the deadline until May 1, 2023.

3. Counsel have conferred and in good faith represent that they do not have enough information to form a belief as to whether the matter will resolved solely through the filing

of dispositive motions or to suggest a timeline for filing such motions should they be necessary.

4. Counsel jointly request that they be permitted to confer once the Defendant files a responsive pleading, and that they submit a Joint Status Report on or before May 22, 2023.

Respectfully submitted,

/s/ Deborah M. Golden
Deborah M. Golden
D.C. Bar #470578
The Law Office of Deborah M. Golden
700 Pennsylvania Ave. SE, 2nd Floor
Washington, D.C. 20003
Telephone: (202) 630-0332
dgolden@debgoldenlaw.com

/s/ Derek S. Hammond
DEREK S. HAMMOND
D.C. Bar # 1017784
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
202-252-2511
Derek.Hammond@usdoj.gov

Dated: April 12, 2023