UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| DEBORAH GOLDEN,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL BUREAU OF PRISONS,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 23-0521 (RBW)<br>)<br>)<br>)<br>)<br>) |

**JOINT STATUS REPORT**

Pursuant to the Court's May 4, 2023, Minute Order, the parties, Plaintiff Deborah Golden and Defendant Federal Bureau of Prisons ("BOP") have met, conferred, and hereby report as follows:

1. In this Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, Plaintiff seeks to compel the production of records in connection with three FOIA requests that she submitted to BOP. Specifically, Plaintiff seeks records pertaining to three women who have alleged that they were sexually assaulted while incarcerated at BOP facilities. Plaintiff filed her complaint in this action on February 24, 2023, and Defendant answered on May 1, 2023.

2. BOP has completed its initial searches for records, which yielded approximately 1,500 pages of potentially responsive documents, but supplemental searches are ongoing.

3. BOP has begun processing the records yielded by its searches, though some materials must be referred to another agency for consultation. BOP anticipates making an initial production of records to Plaintiff by July 31, 2023, amounting to approximately 300 pages of responsive, non-exempt material, and will continue to make interim productions of 300 pages per month until all of the records responsive to the requests have been processed.

4. In light of the foregoing, the parties propose that they submit a further joint status report, apprising the Court of the status of BOP's processing of records, by August 30, 2023.

Dated: June 1, 2023

| | |
|---|---|
| */s/ Deborah M. Golden (by permission)* <br> Deborah M. Golden, D.C. Bar #470578 <br> The Law Office of Deborah M. Golden <br> 700 Pennsylvania Ave. SE, 2nd Floor <br> Washington, D.C. 20003 <br> Telephone: (202) 630)-0332 <br> Dgolden@debgoldenlaw.com | Respectfully submitted, <br><br> MATTHEW M. GRAVES, D.C. Bar #481052 <br> United States Attorney <br><br> BRIAN P. HUDAK <br> Chief, Civil Division <br><br> By: _____*/s/ Derek S. Hammond*_____ <br> DEREK S. HAMMOND <br> D.C. Bar # 1017784 <br> Assistant United States Attorney <br> 601 D Street, NW <br> Washington, DC 20530 <br> 202-252-2511 <br> Derek.Hammond@usdoj.gov <br><br> *Attorneys for the United States of America* |