UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEBORAH GOLDEN,<br><br>        Plaintiff,<br><br>    v.<br><br>FEDERAL BUREAU OF PRISONS,<br><br>        Defendant. | Civil Action No. 23-0521 (RBW) |

## JOINT STATUS REPORT

Pursuant to the Court's August 23, 2023, Minute Order, the parties respectfully submit this joint status report for this Freedom of Information Act ("FOIA") case, which involves three FOIA requests directed to defendant Federal Bureau of Prisons ("BOP").

BOP previously reported that it completed its response to FOIA Request No. 2022-04849 on July 21, 2023, ECF No. 11, Aug. 23, 2023, Joint Status Report.

1. <u>FOIA Request No. 2022-05465</u>:  BOP has advised that on August 30, 2023, it completed its response to this request and that it released 358 pages in full and 74 pages in part and that it withheld 48 pages in their entirety.

2. <u>FOIA Request No. 2023-01164</u>:  BOP has advised that on October 11, 2023, it completed its response to this request and that it released 143 pages in full and 105 pages in part and that it withheld 8 pages in their entirety.

On October 27, 2023, plaintiff requested costs.  BOP has advised that it needs additional time to review this request and to obtain settlement authority.

The parties respectfully propose filing another joint status report on or before January 4, 2024.

Dated: November 2, 2023

|  |  |
|---|---|
| /s/ | Respectfully submitted, |
| Deborah M. Golden, D.C. Bar #470578 | MATTHEW M. GRAVES, D.C. Bar #481052 |
| The Law Office of Deborah M. Golden | United States Attorney |
| 700 Pennsylvania Ave. SE, 2nd Floor | |
| Washington, D.C. 20003 | BRIAN P. HUDAK |
| Telephone: (202) 630-0332 | Chief, Civil Division |
| Dgolden@debgoldenlaw.com | |
| | By:      /s/ Marsha W. Yee       |
| | MARSHA W. YEE |
| | Assistant United States Attorney |
| | 601 D Street, N.W. |
| | Washington, D.C. 20530 |
| | Telephone: (202) 252-2539 |
| | Email: Marsha.Yee@usdoj.gov |

*Counsel for the United States of America*